**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| GUADALUPE AGUSTIN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 2:12-cv-00260-GMN-VCF |
| | ) | |
| OPTION ONE MORTGAGE CORP., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m)**
**OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiffs having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to Fed. R. Civ. P. 4(m),

**IT IS THEREFORE ORDERED** that the action is hereby dismissed without prejudice as to <u>all defendants</u>.

Dated:  <u>July 31, 2012</u>

_____
GLORIA M. NAVARRO
United States District Judge